```
PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
Attorney for Bank of America, N.A.
B.507-2614-NF
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| In re | Bk. No. 11-72687 |
| LUIS RAUL DE JESUS AND ESTELITA DE JESUS, | Chapter 13 |
| Debtor. | NOTICE OF APPEARANCE |
| _____/ | |

Bank of America, N.A., its assignees and/or successors in interest, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings on behalf of Bank of America, N.A. The undersigned hereby requests that any pleadings and documents that Bank of America, N.A. is entitled to, be mailed to said attorneys addressed as follows:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

Dated: April 5, 2012                By */s/ Dean R. Prober*
                                    Dean R. Prober, Esquire #106207

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Janice Warren, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On April 30, 2012, I served the within NOTICE OF APPEARANCE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Luis Raul De Jesus
Estelita De Jesus
410 West 9th Street
Antioch, CA 94509
Debtor(s)

Patrick L. Forte, Esquire
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612
Attorney for Debtors

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2012, at Woodland Hills, California.

                                            /s/      Janice Warren